UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff | § | |
| vs. | § | CRIMINAL NO. 5:15-CR-00185-DAE |
| | § | |
| ARMANDO JESUS HERNANDEZ LEAL | § | |
| Defendant | | |

**AGREED MOTION FOR CONTINUANCE OF STATUS CONFERENCE SETTING**

TO THE HONORABLE JUDGE DAVID A. EZRA OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS, SAN ANTONIO DIVISION:

Now comes Alfonso Cabañas, on behalf of Defendant, ARMANDO JESUS HERNANDEZ LEAL and files this *Agreed Motion for Continuance of the Status Conference Setting*. This Honorable Court set a status conference setting for **Monday November 16th, 2015** at **1:00pm**. Defendant moves this Honorable Court to continue the status conference setting for the following reasons:

1. Counsel for Defendant conferred with Assistant United States Attorney Russell Leachman regarding this agreed motion for continuance. Mr. Leachman does not oppose this motion;

2. Additionally, Counsel for Defendant has three (3) jury-trial settings in Bexar County Felony District Courts on Monday November 16, 2015;

This Motion is not sought for purposes of delay but only that justice may be done.

WHEREFORE PREMISES CONSIDERED, Counsel for Defendant respectfully prays that this *Agreed Motion for Continuance of the Status Conference Setting* be GRANTED, that this Honorable Court continue this setting, and for any relief this Honorable Court deems just and

proper.

        Respectfully submitted,

        CABAÑAS LAW FIRM, PLLC
        310 S. St. Mary's Street, Ste. 955
        San Antonio, Texas 78205
        Tel: 210-446-4090
        Fax: 210-787-4141
        alfonso@cabanaslaw.com

        By:/s/ Alfonso Cabañas, Esq.
           Alfonso Cabañas
           State Bar No. 24056718
           Federal No.
           Attorney for Defendant

## **CERTIFICATE OF SERVICE**

    This is to certify that on November 13, 2015 a true and correct copy of the above and foregoing document was sent to Mr. Russell Leachman, Assistant U.S. Attorney.

        /s/ Alfonso Cabanas, Esq.
        Alfonso Cabañas

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff | § | |
| vs. | § | CRIMINAL NO. 5:15-CR-00185-DAE |
| | § | |
| ARMANDO JESUS HERNANDEZ LEAL | § | |
| Defendant | | |

ORDER

Came before the Court, Defendant's Unopposed Motion for Continuance. After due consideration, Defendant's Motion is hereby:

                    **GRANTED**          **DENIED**

**SIGNED** this _____ of _____, 2015

                                                      _____
                                                      **HONORABLE DAVID A. EZRA**
                                                      **UNITED STATES JUDGE FOR THE**
                                                      **WESTERN DISTRICT OF TEXAS**